**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-2139**

---

DANIEL BREEDEN,

                    Plaintiff - Appellant,

      versus

DUKE UNIVERSITY,

                    Defendant - Appellee.

---

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.  Frank W. Bullock, Jr., Chief District Judge.  (CA-96-1075-1)

---

Submitted:  January 29, 1999      Decided:  February 17, 1999

---

Before MICHAEL and KING, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Daniel Breeden, Appellant Pro Se.  John Morgan Simpson, FULBRIGHT & JAWORSKI, Washington, D.C., for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Daniel Breeden appeals the district court's order granting Duke University's motion to confirm the arbitrator's award. Breeden did not oppose the motion to confirm in the district court, thus none of the issues raised by Breeden in his informal brief were presented below. Claims not raised in the district court generally will not be considered on appeal. See Muth v. United States, 1 F.3d 246, 250 (4th Cir. 1993). Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2